# Order

February 4, 2015

Rehearing No. 605

147794(114)

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DANIEL ADAIR *et al.*,
        Plaintiff-Appellees,

v

SC: 147794
COA: 302142

STATE OF MICHIGAN, MICHIGAN
DEPARTMENT OF EDUCATION, BUDGET
DIRECTOR FOR THE STATE OF MICHIGAN,
TREASURER FOR THE STATE OF MICHIGAN,
and SUPERINTENDENT OF PUBLIC
INSTRUCTION FOR THE STATE OF
MICHIGAN,
        Defendants-Appellants.
_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.

BERNSTEIN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015

